UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZACHARY BRODY, by and through his father and next friend, STEPHEN BRODY | : : : : | |
| VS. | : : | CIVIL ACTION NO. |
| H. KAYE GRIFFIN and ROBERT HALE | : : | APRIL 30, 2007 |

## C O M P L A I N T

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff Zachary Brody is a minor child, born on April 25, 1991, who resides with his father, Stephen Brody, in Madison, Connecticut. He is, and at all relevant times has been, a student in the Madison public schools.

4. During all times mentioned in this action, the defendant Griffin was and is the Madison Superintendent of Schools; and the defendant Hale was and has

1

been the Chairman of the Madison Board of Education.  They are sued in both their individual capacities and their official capacities.

5.  During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6.  At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other.

7.  Throughout the three-year period prior to and including the date hereof, the defendants have failed and refused to provide the plaintiff with a fair and equal education in the Madison public schools comparable to that provided all other identically-situated students.

8.  The failure and refusal of the defendants to treat the plaintiff equally with all other identically-situated students has been intentional and irrational.

9.  As a result, the plaintiff has suffered emotional distress and economic loss.

10.  In the manner described above, the defendants have deprived the plaintiff of equal protection of the laws in violation of the Fourteenth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and

each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees, costs, and such injunctive relief as this court may consider to be fair and equitable.

*The plaintiff claims trial by jury.*

                    THE PLAINTIFF

BY:_____
     JOHN R. WILLIAMS (ct00215)
     51 Elm Street
     New Haven, CT 06510
     203.562.9931
     Fax: 203.776.9494
     jrw@johnrwilliams.com
     His Attorney